Exhibit 3

**GOBIERNO DE PUERTO RICO**
GOVERNMENT OF PUERTO RICO
**DEPARTAMENTO DE LA FAMILIA**
DEPARTMENT OF THE FAMILY
**ADMINISTRACION PARA EL SUSTENTO DE MENORES**
ADMINISTRATION FOR CHILD SUPPORT ENFORCEMENT
**Región de CAGUAS**
Region of CAGUAS

ALEX G SANTIAGO LUNA

**PERSONA CUSTODIA/** CUSTODIAL PERSON

VS

ELIZABETH RIVERA OCASIO

**PERSONA NO CUSTODIA/** NON CUSTODIAL PERSON

NÚM.CASO: 0527781
CASE NUMBER

NÚMERO CIVIL: E DI2000-0661
CIVIL NUMBER

SOBRE: ACREDITACIÓN DE PAGOS
RE: CREDIT OF PAYMENTS

## ORDEN SOBRE ACREDITACION DE PAGOS
### CREDIT OF PAYMENTS ORDER

En virtud de la facultad concedida por la Ley Núm. 5 de 30 de diciembre de 1986, según enmendada y vistas las alegaciones de las partes y basado en el expediente de este caso, como Administrador de la Administración para el Sustento de Menores emito las siguientes:
By virtue of the faculty given to me by Act Number 5 of December 30, 1986, as amended, and having seen the allegations of the parties and based on the records of this case, the Administrator of the Administration for Child Support Enforcement issues the following:

### DETERMINACION DE HECHO
#### FINDINGS OF FACTS

[X] Celebrada vista informal sobre acreditación de pago el día 8 DE JULIO DE 2019 en la Oficina CAGUAS.
An informal hearing on credit of payments was held on JULY 8, 2019 in Office CAGUAS.

[X] Examinada la Solicitud sobre Acreditación de Pagos presentada por el/la ELIZABETH RIVERA OCASIO el día 27 DE AGOSTO DE 2019
Examined the Request for Credit of Payments filed by the ELIZABETH RIVERA OCASIO on AUGUST 27, 2019.

[ ] Compareció
Appeared

[X] Alega el/la ELIZABETH RIVERA OCASIO que pagó $4,668.26 directo al/la ALEX G SANTIAGO LUNA de pensión alimentaria.
The ELIZABETH RIVERA OCASIO alleges having paid directly to ALEX G SANTIAGO LUNA $4,668.26 for child support.

[ ] Alega el/la que pagó $ en corte abierta al/la de pensión alimentaria.
alleges having paid $ for child support in Open Court

[ ] Acepta el/la que recibió $ en pago directo de pensión alimentaria.
accepts having received $ by direct payment for child support.

ASUME OFICINA LOCAL DE REGION CAGUAS, PO BOX 7649,
CAGUAS PR 00726-7649 ■ Tel: (787)745-1225 Fax: 787-704-4001
www.asume.pr.gov ■ (SM0903)
CONFIDENCIAL

Lcda. Myriam Hernández Lucena

7/29/2019 9:27:58 AM
Rev. 11/2018

Orden sobre Acreditación de Pagos
Credit of Payments Order
Num. Caso/case: 0527781
Página/page: 2 to 3

☐ Acepta el/la que recibió $ en corte abierta de pago de pensión alimentaria.
accepts having received $ in open court for child support.

☒ Los pagos realizados directamente a la parte alimentista son los siguientes:
The payments made directly to the obligee party are the following:

| PAGO / PAYMENT | CANTIDAD / AMOUNT | FECHA / DATE |
|---|---|---|
| 1 | $ 4,668.26 | 08/27/2018 |
|  | $ |  |
|  | $ |  |
|  | $ |  |

## DETERMINACION DE ORDEN
### DETERMINATION OF ORDER

☒ Acreditar pagos
To credit payments made:
  ☒ directos
  ☒ directly
  ☐ corte abierta por la cantidad de $.4,668.26
  ☐ in open court in the amount of $4,668.26.

☐ Ajustar deuda al día de hoy por la cantidad de $ .
To cancel the debt up today in the amount of $

☐ Sin Lugar la solicitud de acreditación de pagos.
The Request for Credit of Payments is Dismissed.

## ADVERTENCIAS
## WARNINGS

Se le apercibe a la persona no custodia (alimentante) que la ASUME no será responsable de cualquier gestión de cobro o embargos que se lleve a cabo como consecuencia de continuar realizando pagos directamente a la Persona Custodia fuera de la ASUME. Cualquier parte adversamente afectada por esta Orden podrá solicitar revisión al Juez/a Administrativo/a dentro del término de veinte (20) días, o treinta (30) días si el/la peticionado/a reside fuera de Puerto Rico, contados a partir de la notificación de la Orden sobre Acreditación de Pagos. De no solicitar revisión dentro de este término la Orden será FINAL y FIRME. La solicitud de revisión a la Orden se radicará o enviará por correo a la Administración para el Sustento de Menores en la Región de CAGUAS a la siguiente dirección:

The Non-Custodial Parent (obligor) is forewarned that the ASUME [Administration for Child Support Enforcement, by its Spanish acronym] shall not be responsible for any collection proceeding or attachment of property made as consequence of making payments directly to the obligee (Custodial Parent) out of ASUME. Any party adversely affected by this Order can request review to the Administrative Judge within the term of twenty (20) days or thirty (30) days if the respondent lives out of Puerto Rico, counting from the notification of the Credit of Payments Order. If no review is requested within such term, the Order shall become FINAL AND FIRM. The request for review of the Order shall be filed or sent by mail to the Administration for Child Support Enforcement in CAGUAS Region to the following address: PO BOX 7649

ASUME OFICINA LOCAL DE REGION CAGUAS, PO BOX 7649,
CAGUAS PR 00726-7649 ■ Tel: (787)745-1225 Fax: 787-704-4001
www.asume.pr.gov ■ (SM0903)
CONFIDENCIAL

Lcda. Myriam Hernández Lucena

7/29/2019 9:27:54 AM
Rev. 11/2018

Orden sobre Acreditación de Pagos
Credit of Payments Order
Num. Caso/case: 0527781
Página/page: 3 to 3

Dada en CAGUAS, Puerto Rico hoy 8 DE JULIO DE 2019
Given in CAGUAS, Puerto Rico, today, 8 DE JULIO DE 2019

_____
**Lcda. Stephanie L. García Vidal**
**Administradora Interina**
Interim Administrator

Certificado por:
Certified by:

_____
MARIA D L REYES-MATANZO
Empleado Autorizado
Authorized Employee

## CERTIFICACION
CERTIFICATE

Certifico haber enviado a las partes copia fiel y exacta de esta determinación a la dirección que consta en record.
I certify having sent a true and exact copy of this determination to the address on record of the mentioned parties.

En CAGUAS, Puerto Rico hoy 8 DE JULIO DE 2019
In CAGUAS Puerto Rico, today JULY 8, 2019.

_____
MARIA D L REYES-MATANZO
**Empleado Autorizado**
Authorized Employee

ASUME OFICINA LOCAL DE REGION CAGUAS, PO BOX 7649,
CAGUAS PR 00726-7649 ■ Tel: (787)745-1225 Fax: 787-704-4001
www.asume.pr.gov ■ (SM0903)
CONFIDENCIAL
Lcda. Myriam Hernández Lucena                                    7/29/2019 9:27:54 AM
Rev. 11/2018