Reply all |     Delete    Junk |

# 0527781

L    **Lcda. Ileana M. Rivera Torres** <lcda.riveratorres@hotmail.com>

Reply all |

Tue 7/16/2019 9:27 AM
To: Caguas Sala

**SOLICITUD DE RECONSI...**
962 KB

Download   Save to OneDrive - Administración de Sustento de Menores (ASUME)

Buenos días:

    Adjunto SOLICITUD DE RECONSIDERACION del caso que nos ocupa.

Tramitado por MFV

**Lcda. Ileana M. Rivera Torres**
Calle Muñoz Rivera #12 Cidra, PR 00739
Tel.: 787.434.1615
Cel.: 787.633.1944

AVISO: Este comunicado contiene información privilegiada propiedad de Lcda. Ileana M. Rivera Torres. Esta información y/o cualquier archivo adjunto son para uso exclusivo del destinatario. De haber recibido esta comunicación por error, se le notifica que cualquier acción tomada sobre su contenido está estrictamente prohibida.

WARNING: This communication contains privileged information property of Lcda. Ileana M. Rivera Torres. This information and or any attachments are for exclusive use of the intended recipient. If you received this communication by error, you are hereby notified that any action taken over its content is strictly prohibited.

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
## DEPARTAMENTO DE LA FAMILIA
## ADMINISTRACION PARA EL SUSTENTO DE MENORES

| | |
|---|---|
| ALEX G. SANTIAGO LUNA<br>PADRE CUSTODIA | CASOS NÚM. 0527781 |
| V. | SOBRE: ALIMENTOS |
| ELIZABETH RIVERA OCASIO<br>PADRE NO CUSTODIO | |

### SOLICITUD DE RECONSIDERACION

**A LA ADMINISTRADORA DEL DEPARTAMENTO:**

**COMPARECE** el padre no custodio a través de su representante legal quien suscribe y muy respetuosamente **EXPONE, ALEGA y SOLICITA:**

1. El 8 de julio de 2019 se emitido una Notificación junto a la Orden sobre Acreditación de Pago en el caso que nos ocupa. De una revisión de esta, se solicita reconsideración, veamos:

2. Del inciso primero de la Orden se desprende "Celebrada vista informal sobre acreditación de pago el día 8 de julio de 2019 en la oficina de CAGUAS". Dicha vista no le fue informada a la parte compareciente por lo que no se tuvo la oportunidad de asistir a la misma, o participar de esta, violentando así el debido proceso de ley a Sr. Alex Santiago.

3. Del inciso segundo de la Orden se desprende "Examinada la Solicitud sobre Acreditación de Pagos presentada por el/la ELIZABEHT RIVERA OCASIO el día 27 DE AGOSTO DE 2019". La fecha del 27 de agosto de 2017 claramente no ha transcurrido, por lo que se desconocemos la fecha exacta que la Sra. Rivera Ocasio presentó solicitud.

4. Inciso cuarto se indica "Alega el/la ELIZABETH RIVERA OCASIO que pagó $4,668.26 directo al/la ALEX G. SANTIAGO LUNA de pensión alimentaria. Es necesario aclarar que el Sr. Santiago no ha recibido pago alguno de parte de la Sra. Rivera por concepto de pensión. Los pagos que éste ha recibido han sido a través de esta agencia, ASUME, y por el Síndico, ello porque la Sra. Rivera estuvo acogida a la Ley de Quiebra.

5. Entendemos que todos los pagos efectuados por la Sra. Rivera a través del Síndico ya fueron informados y acreditados a la cuenta que nos ocupa, por lo que acreditar pagos adicionales no procede.

6. Se solicita que nos provean copia de la evidencia suministrada por la Sra. Rivera -evidencia de pagos- y de esta forma el Sr. Santiago tenga la oportunidad de examinar la misma y poder presentar su posición al respecto, el no tener la misma se ve impedido de expresarse adecuadamente a la solicitud.

7. Se solicita, además, que se realice una auditoría en la cuenta que nos ocupa, y se muestren todos los pagos que se le han acreditado, porque ninguno de estos ha sido consultado con el Sr. Santiago, ni se le había notificado.

**POR TODO LO CUAL** y muy respetuosamente se solicita de este Honorable Agencia que tome conocimiento y conceda lo solicitado en los incisos 6 y 7.

**CERTIFICO** haber cursado copia fiel y exacta del presente documento a la **Sra. Elizabeth Rivera Ocasio** - Parcelas Gandara II, Buzón 4-A, Calle Miosotis Esq. Gladiola, Cidra PR 00739.

**RESPETUOSAMENTE SOMETIDA.**

En Cidra, Puerto Rico, a *16* de *julio* de 2019.

**LCDA. ILEANA M. RIVERA TORRES**
RUA 16305
Calle Muñoz Rivera #12
Cidra, Puerto Rico 00739
Teléfono:    (787) 434-1615
Celular:      (787) 633-1944
lcda.riveratorres@hotmail.com